706

No. 1197, October Term, 1941. CARLOTA BENITEZ SAMPAYO v. BANK OF NOVA SCOTIA. October 12, 1942. The petition for rehearing is denied. The CHIEF JUSTICE took no part in the consideration or decision of this application. 316 U. S. 702.

No. 1058, October Term, 1941. MIDLAND COOPERATIVE WHOLESALE, INC. v. ICKES, SECRETARY OF THE INTERIOR, ET AL. October 19, 1942. Motion for leave to file a second petition for rehearing denied. 316 U. S. 712.

No. 94. MOTHER LODE COALITION MINES Co. v. COMMISSIONER OF INTERNAL REVENUE. October 19, 1942.

No. 622, October Term, 1941. WALLING v. A. H. BELO CORPORATION. October 26, 1942. 316 U. S. 624.

No. 939, October Term, 1941. OVERNIGHT MOTOR TRANSPORTATION Co., INC. v. MISSEL. October 26, 1942. 316 U. S. 572.

No. —, Original. EX PARTE THOMAS JORDAN. November 9, 1942.

No. 105. DUQUESNE CLUB v. BELL, FORMER ACTING COLLECTOR OF INTERNAL REVENUE; and
No. 106. DUQUESNE CLUB v. DRISCOLL, COLLECTOR OF INTERNAL REVENUE. November 9, 1942.

No. 107. EVANS v. COMMISSIONER OF INTERNAL REVENUE; and
No. 108. MOREHEAD v. COMMISSIONER OF INTERNAL REVENUE. November 9, 1942.